No. 236. LOPEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari granted. *Edward J. Davis* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 248. ROSENBERG, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, *v.* FLEUTI. C. A. 9th Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Miller, Philip R. Monahan* and *Maurice A. Roberts* for petitioner. *Hiram W. Kwan* for respondent.

No. 297. DIXILYN DRILLING CORP. *v.* CRESCENT TOWING & SALVAGE CO. C. A. 5th Cir. Certiorari granted. *E. D. Vickery* for petitioner. *Charles Kohlmeyer, Jr.* for respondent.

No. 430. ARROW TRANSPORTATION CO. ET AL. *v.* SOUTHERN RAILWAY CO. ET AL. The motion for leave to supplement the petition for certiorari and record is granted. The petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit is also granted. The Solicitor General is invited to file a brief expressing the views of the United States. *Donald Macleay* and *John C. Lovett* for petitioners. *Dean Acheson* and *Francis M. Shea* for Southern Railway Co., respondent.

No. 75, Misc. BUSH *v.* TEXAS. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Court of Criminal Appeals of Texas granted. Case transferred to the appellate docket. *Charles Alan Wright* for petitioner. *Will Wilson,* Attorney General of Texas, and *Sam R. Wilson, Linward Shivers* and *Charles R. Lind,* Assistant Attorneys General, for respondent.